UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                      Case No. 24-30197
                                       Originating No. 23-30035-SPM-11

**AUNDRE VAUGHN,**

    Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **AUNDRE VAUGHN,** to answer to charges pending in another federal district, and states:

1. On **May 21, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Illinois based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1)- Conspiracy to Distribute Controlled Substances: Methamphetamine and Cocaine; 21 U.S.C §846 and 21 U.S.C. §841(b)(1)(A)(viii) and 21 U.S.C. §841(b)(1)(A)(vi) and 21: U.S.C. §841(b)(1)(A)(ii)(II); and violation 21: U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(B)(vi)- Distribution of Controlled Substance: Fentanyl.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


s/Jasmine Moore
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Jasmine.Moore@usdoj.gov
(313) 600-9082

Dated: May 22, 2024